NO. 14-314/14-314A

Filed: 7/30/2015 10:13:44 AM
Susan Jackson
District Clerk
Kendall County, Texas

| | | |
|---|---|---|
| LIBERTY SPORT AVIATION, L.P. | § | FILED IN IN THE DISTRICT COURT 4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>8/3/2015 8:11:27 AM<br>KEITH E. HOTTLE<br>Clerk |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| VS. | § | 216TH JUDICIAL DISTRICT |
| | § | |
| BARRY PRUITT, BRISTELL USA | § | |
| L.P. AND PRM GROUP,LLC | § | |
| *Defendants* | § | KENDALL COUNTY, TEXAS |

## NOTICE OF APPEARANCE OF APPELLATE COUNSEL AND OF APPEAL

Liberty Sport Aviation, L.P. hereby gives notice to the Court and counsel of record that it has retained appellate counsel, Kimberly S. Keller, Keller Stolarczyk PLLC, 234 West Bandera Road, No. 120, Boerne, Texas 78006.

Additionally, Liberty Sport Aviation, L.P. gives notice that it is appealing, to the Fourth District Court of Appeals, San Antonio, Texas, interlocutory rulings entered by this Court against Liberty Sport Aviation, L.P., which were made final by this Court's severance order, signed on May 18, 2015. A nonexclusive list of the interlocutory rulings to be appealed include: (1) May 18, 2015 Order on Liberty Sport Aviation, L.P.'s Motion for Clarification of Court's Prior Order; and (2) February 12, 2015 Order on Motion for Summary Judgment. Copies of the severance order and orders listed above are attached to this amended notice of appeal.

Respectfully submitted,

- 1 -

KELLER STOLARCZYK PLLC
234 West Bandera Road #120
Boerne, Texas 78006
Tele: 830.981.5000
Facs: 888.293.8580

/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
Email: kim@kellsto.com

Jonathan B. Cluck
SBN: 04418050
Email: jcluck@nunleyfirm.com
THE NUNLEY FIRM
1580 South Main Street, Suite 200
Boerne, Texas 78006
Tele: 830.816.3333
Facs: 830.816.3388

*ATTORNEY FOR APPELLANT*

## CERTIFICATE OF SERVICE

On July 30, 2015, a true and correct copy of the Notice of Appearance and Appeal and was served to each person listed below by this Court's e-filing system or facsimile:

M. Patrick Magquire
945 Barnett Street
Kerrville, Texas 78028

William Michael Childers
222 Sidney Baker South, Suite 630
Kerrville, Texas 78028

/s/Kimberly S. Keller
Kimberly S. Keller

NO. 14-314

| | | |
|---|---|---|
| TEXAS HILL COUNTRY BANK<br>Intervenor, | § <br> § <br> § | IN THE DISTRICT COURT |
| V. | § <br> § | 216TH JUDICIAL DISTRICT |
| BARRY PRUITT, BRISTELL USA L.P.<br>AND PFM GROUP, LLC<br>Defendants. | § <br> § <br> § <br> § | OF KENDALL COUNTY, TEXAS |

## ORDER GRANTING
## INTERVENOR'S MOTION TO SEVER CLAIM

On March 30, 2015, the Court considered the Intervenor's Motion to Sever Claim, the Objection thereto, and the arguments of counsel. After due consideration, the Court orders the following:

IT IS ORDERED that Movant's claims are hereby severed from this cause. IT IS FURTHER ORDERED that the Kendall County District Clerk shall assign Movant's severed claims a new docket number.

Signed on: _____5-14_____, 2015.

_____
Presiding Judge

FILED
15 MAY 21 PM 2:28
SUSAN JACKSON, DISTRICT CLERK
KENDALL COUNTY, TEXAS
BY:_____ DEPUTY

APPROVED AS TO FORM:

M. Patrick Maguire
Attorney for Intervenor Texas Hill Country Bank
M PATRICK MAGUIRE PC
Email:  mpmlaw@ktc.com
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel. (830) 895-2590
Fax. (830) 895-2594

Jonathan B. Cluck
Attorney for
The Nunley Firm
Email:  jcluck@nunleyfirm.com
1580 South Main Street, Suite 200
Boerne, Texas 78006
Tel. (830) 816-3333
Fax. (830) 816-3388

Mike Childers
Attorney for Barry Pruitt
Attorney at Law
Email:  mikelaw@ktc.com
222 Sidney Baker South, Suite 630
Kerrville, Texas 78028
Tel. (830) 257-6400
Fax. (830) 257-6402

NO. 14-314

| | | |
|---|---|---|
| LIBERTY SPORT AVIATION, L.P. | § | IN THE DISTRICT COURT |
| Intervenor, | § | |
| | § | |
| | § | |
| V. | § | 216TH JUDICIAL DISTRICT |
| | § | |
| BARRY PRUITT, BRISTELL USA L.P. | § | |
| AND PFM GROUP, LLC | § | |
| Defendants. | § | OF KENDALL COUNTY, TEXAS |

## ORDER ON LIBERTY SPORT AVIATION, L.P.'S MOTION FOR CLARIFICATION OF COURT'S PRIOR ORDER

On March 30, 2015, the Court considered the Plaintiff's, Liberty Sport Aviation, L.P.'s, Motion for Clarification of Court's Prior Order. After due consideration, the Court makes the following findings with respect to the Court's order granting intervenor's, Texas Hill Country Bank's, Motion for Summary Judgment which was signed February 12, 2015:

a. Texas Hill Country Bank ("Intervenor") has a properly perfected security interest in the aircraft the subject of this suit under the FAA Act;

b. The earliest date that Liberty Sport Aviation, L.P. ("Plaintiff") could have had an enforceable Texas judgment was July 7, 2014;

c. Intervenor had a prior perfected security interest in the aircraft, precluding any claim by Plaintiff to the aircraft;

d. Intervenor is entitled to possession of the insurance proceeds obtained from the aircraft and is entitled to judgment on its claims as a matter of law and Plaintiff is not entitled to levy or execute on said aircraft, or entitled to a writ of sequestration, nor is Plaintiff entitled to any other right to possession of or interest in said aircraft; and

e. Counsel for Plaintiff stipulates that Intervenor has a properly perfected security interest in the aircraft under the FAA Act.

Signed on: _____5-18_____, 2015.

_____
Presiding Judge

APPROVED AS TO FORM:

_____
M. Patrick Maguire
Attorney for Intervenor Texas Hill Country Bank
M PATRICK MAGUIRE PC
Email: mpmlaw@ktc.com
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel. (830) 895-2590
Fax. (830) 895-2594

_____
Jonathan B. Cluck
Attorney for
The Nunley Firm
Email: jcluck@nunleyfirm.com
1580 South Main Street, Suite 200
Boerne, Texas 78006
Tel. (830) 816-3333
Fax. (830) 816-3388

_____
Mike Childers
Attorney for Barry Pruitt
Attorney at Law
Email: mikelaw@ktc.com
222 Sidney Baker South, Suite 630
Kerrville, Texas 78028
Tel. (830) 257-6400
Fax. (830) 257-6402

FILED
15 MAY 21 PM 2:29
SUSAN JACKSON, DISTRICT CLERK
KENDALL COUNTY, TEXAS
BY: _____ DEPUTY

CAUSE NO. 14-314

| | | |
|---|---|---|
| LIBERTY SPORT AVIATION, L.P. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 216TH JUDICIAL DISTRICT |
| | § | |
| BARRY PRUITT, BRISTELL USA L.P. | § | |
| AND PFM GROUP, LLC | § | KENDALL COUNTY, TEXAS |

## ORDER ON MOTION FOR SUMMARY JUDGMENT

The Court has considered and reviewed the Motions for Summary Judgment filed by Plaintiff Liberty Sports Aviation L.P. and Intervenor, Texas Hill Country Bank, and the responses thereto, the applicable law, submitted, and argument of counsel.

The Court Orders as follows:

1. Genuine Issues of material fact exist as to the Motion for Summary Judgment filed by Plaintiff Liberty Sports Aviation and therefore said Motion is DENIED.

2. The Motion for Summary Judgment of Intervenor, Texas Hill Country Bank is GRANTED.

FEB 12, 2015

N. KEITH WILLIAMS
216th District Judge

cc:   Patrick Maguire
      Jonathan Cluck
      Michael Childers